IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| KAREN ABBOTT, | * | |
| Plaintiff, | * | CIVIL ACTION FILE NUMBER |
| vs. | * | 7:10-CV-109 |
| KEITH HUMPHREY, Individually, and in his official capacity as Superintendent; LANIER COUNTY BOARD OF EDUCATION; and LANIER COUNTY, GEORGIA, | * * * | |
| Defendants. | * | |

**ORDER**

The Plaintiff and Defendants have filed their Joint Motion to Stay Discovery (Doc. 16). The Joint Motion to Stay Discovery is hereby GRANTED. The Court further orders and directs the parties to submit their proposed Scheduling Order not later than ten (10) calendar days following the date of this Court's ruling on Defendants' Motion to Dismiss.

SO ORDERED, this 8th day of March, 2011.


s/ Hugh Lawson

HUGH LAWSON, SENIOR JUDGE

U0048-0146-30

1