IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| KAREN ABBOTT, | : | |
|---|---|---|
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 7:10-cv-109 (HL) |
| KEITH HUMPHREY, in his official capacity as Superintendent, et al., | : | |
| Defendants. | : | |

# ORDER

Before the Court is a motion to dismiss (Doc. 9) and amended motion to dismiss (Doc. 24). For the following reasons, the motions are granted in part and denied in part.

After the original motion to dismiss was filed, the parties consented to the dismissal of Defendant Lanier County Board of Education and Defendant Keith Humphrey in his individual capacity (Doc. 19). The Court dismissed the Lanier County Board of Education, but ordered the parties to file a motion to amend the complaint to dismiss the individual capacity claims against Keith Humphrey (Doc. 20). The parties filed a motion to amend the complaint, which the Court granted. The amended complaint contains claims against Keith Humphrey in his official capacity only (Doc. 23).

The dismissal of claims against Lanier County Board of Education and Keith Humphrey in his individual capacity render the majority of the issues in the motions to dismiss moot. The remaining issue not rendered moot is whether Plaintiff's

complaint states a claim under 42 U.S.C. § 1981. The Defense argues that the complaint does not state a § 1981 claim because it does not contain any information regarding the race of the any of the parties. The Plaintiff has not responded.

The Court accordingly grants the motion to dismiss the § 1981 claim for failure to state a claim. There are no factual allegations in the complaint to support a § 1981 claim. The remaining issues in the motions to dismiss are denied as moot.

The discovery stay is lifted. The parties are ordered to submit their proposed scheduling order not later than July 5, 2011.

**SO ORDERED**, this the 23rd day of June, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc