IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **KAREN ABBOTT,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Case No. |
| v. | : | 7:10-cv-109 (HL) |
| | : | |
| **KEITH HUMPHREY, in his official** | : | |
| **Capacity as Superintendent; and** | : | |
| **LANIER COUNTY, GEORGIA** | : | |
| | : | |
| Defendants. | : | |

_____

## ORDER

Pursuant to the discussion held during the telephone conference call this afternoon, the parties are ordered to file a status report with the Court on or before Monday, November 14, 2011. This status report should address how the parties intend to proceed with this case.

In addition, Mr. David Siegel, counsel for Defendant Humphrey, is ordered to file a motion with the Court on or before Thursday, November 10, 2011, detailing any damages suffered as a result of Plaintiff's failure to meet discovery deadlines.

**SO ORDERED,** this 4th day of November, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr