IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **KAREN ABBOTT,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **KEITH HUMPHREY, in his official** : <br> **Capacity as Superintendent; and** : <br> **LANIER COUNTY, GEORGIA** : <br> : <br> **Defendants.** : | **Civil Case No.** <br> **7:10-cv-109 (HL)** |

## ORDER

After reviewing the Joint Status Report filed by the parties on November 14, 2011 (Doc. 36), the Court declines to grant the parties' request for an additional five months of discovery in this case. Instead, the Court finds a sixty day extension to be the appropriate. Therefore, discovery shall be extended until Tuesday, February 21, 2012.

Deadlines for the rest of the case shall also be amended to reflect the extension of the discovery period. The amended deadline to join additional parties or amend the pleadings shall be Monday, January 23, 2012. Any and all <u>Daubert</u> motions shall be submitted to the Court no later than Thursday, March 22, 2012. The amended deadline for dispositive motions shall be Friday, April 6, 2012. The Court does not anticipate granting any further extensions in the absence of extenuating circumstances.

As to the Defendants' Motion for Attorney Fees, the Motion is denied. Upon thoughtful consideration, the Court finds that the inexcusable delay of the case to this point lies in part with both parties. However, the Court will reconsider the issue of attorney fees if this matter does not proceed with expedition.

**SO ORDERED**, this 16th day of November, 2011.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

ebr